```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SIC MS VEGA DAVOS                              :
SCHIFFSBETEILIGUNGS GmbH                       :
& CO. KG                                       :
                                               :
                Plaintiff,                     :
                                               :
        - against -                            :
                                               :
SHANDONG PROVINCE YANTAI                       :
INTERNATIONAL MARINE SHIPPING                  :
CO., a/k/a SHANDONG YANTAI                     :
INTERNATIONAL MARINE SHIPPING                  :
CO., a/k/a SHANGDONG PROVINCE                  :
YANTAI INTERNATIONAL MARINE                    :
CO., a/k/a SHANGDONG YANTAI                    :
INTERNATIONAL MARINE SHIPPING                  :
CO., a/k/a SYMS                                :
                                               :
                Defendant.                     :
------------------------------------------------------X
```

JUDGE DANIELS

08 CV 7680

08 CV _____
ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: September 2, 2008  
New York, NY

The Plaintiff,  
SIC MS VEGA DAVOS  
SCHIFFSBETEILIGUNGS GmbH & CO. KG

By: /s/ Thomas L. Tisdale
Thomas L. Tisdale (TT 5263)  
Lauren C. Davies (LD 1980)  
TISDALE LAW OFFICES LLC  
11 West 42nd Street, Suite 900  
New York, NY 10036  
(212) 354-0025 – phone  
(212) 869-0067 – fax  
ttisdale@tisdale-law.com  
ldavies@tisdale-law.com

2